No. 1961. EL EJEMPLO SUGAR COMPANY, APPELLEE, *v.* RIVERA, APPELLANT.—Debt. Humacao. January 21, 1919.

No. 1962. BAYRON, APPELLANT, *v.* SUÁREZ, APPELLEE.—Damages. January 21, 1919. *Dismissed.*

---

No. 1963. RODRÍGUEZ, APPELLEE, *v.* NOGUERAS, APPELLANT.—Reimbursement and cancelation of debt. San Juan, Section 1. January 21, 1919. *Dismissed.*

---

Nos. 1822 AND 1823. CENTRAL MACHETE SUGAR COMPANY, APPELLANT, *v.* RICHARDSON AND HILL, SUBSTITUTED BY BENEDICTO, ACTING TREASURER, APPELLEE.—San Juan, Section 1. January 23, 1919.

No. 1896. AMERICAN RAILROAD COMPANY, APPELLANT, *v.* BENEDICTO, TREASURER, APPELLEE.—Recovery of taxes paid under protest. San Juan, Section 1. January 23, 1919. *Reversed.*

---

No. 1355. PEOPLE, APPELLEE, *v.* JIMÉNEZ, APPELLANT.—Aggravated assault and battery. Humacao. January 24, 1919. *Affirmed.*

---

No. 1373. SOLER, APPELLANT, *v.* PEOPLE, APPELLEE.—Habeas corpus. Mayagüez. January 27, 1919. *Appeal withdrawn.*

---

No. 244. MURATTI, PETITIONER, *v.* FOOTE, DISTRICT JUDGE, RESPONDENT.—Certiorari. January 28, 1919. *Petition denied.*

---

No. 1302. PEOPLE, APPELLEE, *v.* CARRERAS, APPELLANT.—Crime against public health. Ponce. January 30, 1919. *Affirmed.*